UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD DEREK OLSEN,

          Plaintiff,          2:11-cv-1979-LRH-RJJ

vs.

WYNN LAS VEGAS, LLC,        **ORDER**

          Defendant.

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on July 30, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __16th__ day of June , 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge